UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICKY ESCUE, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:10-0296 |
| | ) JUDGE HAYNES |
| CORRECTIONS CORPORATION OF AMERICA, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 28) that this action be dismissed. Plaintiff has filed objections (Docket Entry No. 31) that are conclusory assertions and legal citations.

After de novo review, the Court **ADOPTS** the Report and Recommendation. In addition, Plaintiff's motion for an injunction order (Docket Entry No. 24) is **DENIED** as moot. This action is **DISMISSED with prejudice**. Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the _18th_ day of November, 2010.

WILLIAM J. HAYNES, JR.
United States in Judge